# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2998

_____

Richard Evan Harms,      *
     *
     Appellant,      *    Appeal from the United States
     *    District Court for the
v.      *    Western District of Missouri.
     *
John Snow, Secretary, Department of      *     **[UNPUBLISHED]**
the Treasury Agency,[1]      *
     *
     Appellee.      *

_____

Submitted: March 14, 2003
Filed: March 17, 2003

_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Richard Evan Harms brought this action under Title VII and the Americans with Disabilities Act, alleging that during his employment with the Internal Revenue Service, he was denied promotions, subjected to unequal terms and conditions of employment, and discharged, all on account of his race and gender; that he had been the victim of retaliation; and that his disability had not been accommodated. The

---

[1]John Snow has been appointed to serve as Secretary of the Department of the Treasury, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

district court[2] dismissed his claims, and he appeals.  After careful review of the record, we affirm.

Harms did not exhaust his administrative remedies, which is a prerequisite to filing suit in federal court.  <u>See</u> <u>McAdams v. Reno</u>, 64 F.3d 1137, 1141 (8th Cir. 1995).  Although he initially pursued his claims with the Merit System Protection Board, he subsequently abandoned those claims.  As a result, he is now precluded from raising them in this civil action.  <u>See</u> <u>id.</u> at 1142.

Accordingly, we affirm.

A true copy.

Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The HONORABLE ORTRIE D. SMITH, United States District Judge for the Western District of Missouri.